PRC
CoC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 20 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. Ignacio GONZALEZ-Garcia, Defendant. | Magistrate Docket No. COMPLAINT FOR VIOLATION OF: Title 8, USC 1325 Illegal Entry (misdemeanor) 18MJ3498 |

The undersigned complainant being, duly sworn, states:

That on or about June 19, 2018, within the Southern District of California, defendant, Ignacio GONZALEZ-Garcia, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
David Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 20th DAY OF June, 2018.

6/19

KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Ignacio GONZALEZ-Garcia**

## PROBABLE CAUSE STATEMENT

On June 19, 2018, Border Patrol Agent E. Mendoza, was performing assigned duties in the Chula Vista Border Patrol Station's Area of Responsibility. At approximately 8:10 PM., San Diego Sector dispatch notified agents in the field, via service radio, of a seismic intrusion device activation south of a landmark known to Border Patrol agents as the "70 Mirror." Agent Mendoza responded to the area observed three individuals, including one later identified as the defendant, Ignacio GONZALEZ-Garcia approaching his location. This area is located approximately our miles east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States International Boundary. Agent Mendoza identified himself as a Border Patrol Agent and conducted an immigration inspection. Two subjects, including GONZALEZ, stated they are citizens of Honduras, the other subject stated Mexico, without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 9:40 PM, Agent Mendoza placed all three subjects, including GONZALEZ, under arrest. During administrative processing, GONZALEZ stated that he entered the United States on June 19, 2018.